IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  09-00831-CV-W-FJG |
| | ) |
| ANYANSO J. AGUA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**JUDGMENT IN A CIVIL CASE**

☐　　Jury Verdict.  This action came before the Court for a trial by jury.

☒　　Decision by Court.  The issues have been considered and a decision has been
rendered by the court.

IT IS ORDERED DENYING defendant's Motion pursuant to 28 U.S.C. Sec. 2255 to
vacate, set aside, or correct his sentence.

AT THE DIRECTION OF THE COURT

Dated: 12/21/2010　　　　　ANN THOMPSON_____
　　　　　　　　　　　　　Court Executive

　　　　　　　　　　　　　 /s/Joella Baldwin_____
　　　　　　　　　　　　　By: Deputy Clerk